**Opinion issued May 28, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-26-00470-CV**

————————————

**IN RE DARRELL J. HARPER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Darrell J. Harper, a vexatious litigant subject to a prefiling order, filed a petition for writ of mandamus challenging the local administrative judge's order denying relator permission to file new litigation. *See* TEX. CIV. PRAC. & REM. CODE § 11.102(a).

The decision of a local administrative judge denying a litigant permission to file suit may not be appealed "except that the litigant may apply for a writ of

mandamus with the court of appeals not later than the 30th day after the date of the decision." *Id*. § 11.102(f). The administrative judge's order denying permission to appeal was signed on January 26, 2026, but relator did not file his petition in this Court until May 5, 2026. Because relator failed to file a timely mandamus petition pursuant to Texas Civil Practice and Remedies Code Section 11.102(f), this Court is without jurisdiction over the petition for writ of mandamus. *See In re Carroll*, No. 05-25-00436-CV, 2025 WL 1117460, at *1 (Tex. App.—Dallas Apr. 15, 2025, orig. proceeding) (mem. op.); *see also Parker v. McLaurin*, No. 01-13-00606-CV, 2013 WL 5498151, at *1 (Tex. App.—Houston [1st Dist.] Oct. 1, 2013, no pet.) (per curiam) (mem. op.) (explaining appellate court did not have jurisdiction because local administrative judge's order was not appealable and appellant had not filed petition for writ of mandamus within thirty days of order).

We dismiss the petition for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

2